Willie Joe STURKEY, a/k/a Willie Sturkey, a/k/a Willie J. Sturkey, Plaintiff—Appellant,

v.

Jon OZMINT, Director of SCDC; Warden McKie, Kirkland Correctional Center; Warden Riley, Tyger River Correctional Institution; Major Latta, Kirkland Correctional Institution; Lieutenant Bates, Tyger River Correctional Institution; Lieutenant Ball, Kirkland Correctional Institution; R.L. Turner, Tyger River Correctional

Institution; Mike Fowler, Tyger River Correctional Institution; MS. Middlebrook, Tyger River Correctional Institution, in their official and individual capacity, Defendants—Appellees.

No. 08–8198.

United States Court of Appeals, Fourth Circuit.

Submitted: May 26, 2009.

Decided: June 15, 2009.

Willie Joe Sturkey, Appellant Pro Se. Roy F. Laney, Thomas Lowndes Pope, Heath McAlvin Stewart, III, Riley, Pope & Laney, LLC, Columbia, South Carolina, for Appellees.

Before MOTZ, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie Joe Sturkey appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Sturkey v. Ozmint*, No. 8:07–cv–03296–MBS (D.S.C. Oct. 1, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before

the court and argument would not aid the decisional process.

*AFFIRMED.*